Opinion issued July 21, 2011.



 

 

 

 

 

              

 

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-11-00283-CR

____________

 

MARCUS TERELL HOLLIMON, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 

 



On Appeal from the 179th District Court 

Harris County, Texas

Trial Court Cause No. 1159085

 

 



MEMORANDUM
OPINION








              Appellant
pleaded guilty to the offense of murder, and the trial court found appellant
guilty and sentenced him to 48 years’ confinement in the Institutional Division
of the Texas Department of Criminal Justice on August 4, 2010.  The trial court certified that this is not a
plea bargain case, and that appellant has the right to appeal.  No motion for new trial was filed.  Appellant did not file his pro se notice of appeal until April 4,
2011.

              A
defendant’s notice of appeal must be filed within thirty days after sentence is
imposed when the defendant has not filed a motion for new trial.  See
Tex. R. App. P. 26.2(a)(1).  A notice of appeal that complies with the
requirements of Rule 26 is essential to vest the court of appeals with
jurisdiction.  See Slaton v. State, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998).  If an appeal is not timely perfected, a court
of appeals does not obtain jurisdiction to address the merits of the
appeal.  Because appellant’s notice of
appeal is untimely, we have no jurisdiction to take any action in this appeal
but to dismiss it.  See id.  To the extent that
appellant may wish to complain about his counsel’s failure to file a notice of
appeal, or whether he was provided counsel for purposes of pursuing an appeal,
his remedy would be an application for writ of habeas corpus to the court of
criminal appeals requesting an out of time appeal on the ground of ineffective
assistance of counsel.

Accordingly, we dismiss the appeal for want of jurisdiction.  See Tex. R. App. P. 26.2(a), 43.2(f).  We dismiss any pending motions as
moot.

PER CURIAM

Panel consists of Justices Jennings,
Bland, and Massengale. 

Do not publish.   Tex.
R. App. P. 47.2(b).